UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VIRGINIA DIEPHEAL WHITAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 5:11-CV-15-FL |
| ) | |
| NASH COUNTY; NASH COUNTY ) | |
| DEPARTMENT OF SOCIAL SERVICES; ) | |
| MELVIN BATTS; and, JOSIE GREEN, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| VIRGINIA DIEPHEAL WHITAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 5:11-CV-55-FL |
| ) | |
| NASH COUNTY; NASH COUNTY ) | |
| DEPARTMENT OF SOCIAL SERVICES; ) | |
| MELVIN BATTS; and, JOSIE GREEN, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This consolidated action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 5, 2012, that the that the defendants' motion for summary judgment is granted. Plaintiff shall have and recover nothing from the defendants.

**This Judgment Filed and Entered on September 11, 2012, and Copies To:**

Virginia Diepheal Whitaker (via U.S. Mail) 3765 Watson Seed Farm Road,
                                               Whitakers, NC 27891
Mary Nell Craven (via CM/ECF Notice of Electronic Filing)


September 11, 2012                JULIE A. RICHARDS, CLERK
                                              /s/ Christa N. Baker
                                            (By) Christa N. Baker, Deputy Clerk